**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Curtis Lee Johnson v. The State of Texas

Appellate case number:  01-11-00352-CR

Trial court case number:  1178448

Trial court:  208th District Court of Harris County

On November 7, 2013, this Court reinstated this appeal and ordered counsel for appellant to either re-file an *Anders* brief which is compliant with our court rules (the *Anders* brief he attempted to file in February, 2013 was rejected by this Court for failure to comply with the Texas Rules of Appellate Procedure, and counsel has been adequately notified as such), or to file appellant's brief.

We still are not in receipt of a compliant brief, whether in the form of a Motion to Withdraw and accompanying *Anders* brief, or an appellant's brief in accordance with Tex. R. App. P. 38.1. If counsel still believes there are no arguable points of error, he is **ordered, within 10 days of the date of this order**, to re-file an Anders brief which complies with the certificate of compliance requirements of TEX. R. APP. P. 9.4(i)(3), and the signature requirements of Local Rule 4. *See* 1st Tex. App. (Houston) Loc. R. 4.

If no brief is filed within 10 days, we will again abate this appeal and remand the case to the trial court for a hearing to determine whether Gary Polland has abandoned this appeal and appointment of new counsel is required.

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                    X Acting individually     ☐ Acting for the Court

Date:  March 18, 2014